**Opinion issued September 16, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00644-CV

———————————

**SHUNDRA RUTLEDGE, Appellant**

**V.**

**SWIFT TRANSPORTATION SERVICES, LLC, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-03219**

---

## MEMORANDUM OPINION

Appellant, Shundra Rutledge, filed a notice of appeal from a July 17, 2025 trial court order. On August 22, 2025, appellant filed a motion to dismiss her appeal. In her motion, appellant stated that the trial court informed the parties that the order appealed "did not dispose of the case" and the trial court would "hold a new hearing

to argue the underlying motion for summary judgment." Accordingly, appellant stated that her appeal had been rendered "moot." Appellant therefore requested that the Court dismiss the appeal "so that the litigation in the trial court may proceed." *See* TEX. R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred with all other parties regarding the merits of the motion and whether the parties oppose the requested relief. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has opposed the relief requested by appellant's motion. *See* TEX. R. APP. P.10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.

2